Commonwealth ex rel. Skipper, Appellant, *v.* Maroney.

714 

 Submitted December 11, 1963.
*Melvin Skipper*, appellant, in propria persona; *Edward J. Carney, Jr.*, Assistant District Attorney, *Ralph B. D'Iorio*, First Assistant District Attorney, and *Jacques H. Fox*, District Attorney, for appellee.

Order affirmed.